The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER TOLLIVER, <br><br> Defendant. | NO. CR20-109JLR <br><br> ORDER GRANTING MOTION TO EXTEND THE INDICTMENT DEADLINE |

THE COURT has considered the stipulated motion to extend the indictment deadline in this matter. Mr. Tolliver made his initial appearance in this case on July 10, 2020, after being charged by criminal complaint with one count of being a felon in possession of a firearm. The time for seeking an indictment under the Speedy Trial Act therefore expires on August 10, 2020.

The parties have reached a tentative plea agreement in this case, and anticipate moving forward with a plea hearing in the immediate future. However, in light of General Order 11-20 issued on July 30, 2020, defense counsel, after consulting with his client, will need to move that this hearing proceed via video teleconference, and advise his client on this and related matters pertaining to the plea agreement—including any final revisions and/or additional inquiries need to satisfy the defendant's questions regarding the evidence in the case. Defense counsel's ability to communicate with his client has been impacted by restrictions placed by FDC-SeaTac on attorney-client visits, implemented to prevent the

spread of COVID-19.  Therefore, the steps needed prior to entry of a plea cannot reasonably occur, even with the exercise of due diligence, by the current indictment deadline.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

In light of these circumstances, THE COURT finds that the ends of justice are served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS HEREBY ORDERED that the date on or before an indictment must be filed is extended to September 8, 2020.

IT IS FURTHER ORDERED that the period of delay from the date of this order to September 8, 2020, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act

DATED this 7th day of August, 2020.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Order on Stipulated Motion to Extend Indictment Deadline
CR20-109 // CHRISTOPHER TOLLIVER - 2