JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>CHRISTOPHER TOLLIVER<br><br>　　　　Defendant | CR 20-109-JLR<br><br>ORDER CONTINUING TRIAL |

　　　This matter comes before the Court on Defendant's unopposed motion to continue the trial date now set for November 2, 2020.

　　　Having considered the motion, the Court FINDS:

1. Due to the ongoing Coronavirus pandemic and the findings underlying General Order 15-20, it is not possible for in-person, in court plea hearings to safely take place at this time. Mr. Tolliver has a right to be present in person in court for his plea hearing. To accommodate his exercise of this right a continuance of his trial is necessary so that an in court plea hearing can take place once the court reopens for such hearings.

2. Failure to grant a continuance would likely result in the miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER CONTINUING TRIAL - 1

3. The additional time requested is a reasonable period of delay to accommodate the Defendant's right to be personally present at his plea hearing, and

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

5. Defendant has represented that he will execute a speedy trial waiver.

6. The additional time requested between the current trial date of November 2, 2020, and the new trial date is necessary to provide defense counsel reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

For the foregoing reasons, the unopposed motion to continue the trial date is GRANTED. It is therefore ORDERED that the trial date be CONTINUED from November 2, 2020 to March 22, 2021, and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than the 11th day of February, 2021.

Dated this 13th day of October, 2020.

_____
Hon. James L. Robart
United States District Court Judge

ORDER CONTINUING TRIAL - 2