JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER TOLLIVER<br><br>Defendant | CR 20-109-JLR<br><br>ORDER GRANTING MOTION TO CONDUCT PLEA HEARING BY VIDEO CONFERENCE |

This matter comes before the Court on Defendant's motion to enter a guilty plea pursuant to a plea agreement by remote video appearance rather than in person.

Having considered the motion, the Court FINDS:

Based on General Orders 02-20, 03-20, 07-20 and 11-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, and the representations of defense counsel that Mr. Tolliver waives his right to be present in person in court for the entry of his plea pursuant to the plea agreement reached with the United States,

PETER A. CAMIEL
CAMIEL & CHANEY, P.S
ATTORNEYS AT LAW
2815 ELLIOTT AVE, SUITE 100
SEATTLE, WA 98121
(206) 624-1551

IT IS THEREFORE ORDERED that a video-teleconference plea hearing be set before the criminal duty Magistrate Judge.

Dated this 8th day of January, 2021.

_____
Hon. James L. Robart
United States District Judge

ORDER CONTINUING TRIAL - 2

PETER A. CAMIEL
CAMIEL & CHANEY, P.S
ATTORNEYS AT LAW
2815 ELLIOTT AVE, SUITE 100
SEATTLE, WA 98121
(206) 624-1551