UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER TOLLIVER,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-0109JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Christopher Tolliver's motion for an extension of time to respond to the court's order regarding his motion to modify his conditions of supervised release.  (Mot. (Dkt. # 64); *see also* 4/10/23 Order (Dkt. # 63); SR Mod. Mot. (Dkt. # 59).)  On April 10, 2023, the court directed Mr. Tolliver to visit a doctor and provide a signed letter addressing the issue of why he will benefit from the use of marijuana and why other medications are insufficient to treat and manage his conditions

MINUTE ORDER - 1

if he wished to maintain his motion to modify his conditions of supervised release. (4/10/23 Order at 2.) The court ordered Mr. Tolliver to submit the supplemental letter by May 12, 2023, but informed Mr. Tolliver that he could seek an extension of time to comply with the court's order if he "is unable to see a doctor before this date." (*Id.* at 2 n.1.)

In the instant motion, Mr. Tolliver says that he "has an appointment scheduled with his doctor for May 18, 2023," which was the "earliest available appointment." (Mot. at 1.) As a result, Mr. Tolliver seeks an extension of time, until May 25, 2023, to submit a letter from his doctor addressing the court's questions. (*Id.*)

Pursuant to this District's Local Rules, "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." Local Rules W.D. Wash. LCrR 12(b)(10). Here, Mr. Tolliver requested an extension of time well in advance of the May 12, 2023 deadline. (*See generally* Mot. (filed on April 13, 2023).) Additionally, in the court's view, Mr. Tolliver has shown good cause for an extension of time.

Accordingly, the court GRANTS Mr. Tolliver's motion for an extension of time (Dkt. # 64). If Mr. Tolliver wishes to maintain his motion to modify his conditions of supervised release, he must submit a signed letter from his doctor addressing the issues identified in the court's April 10, 2023 order by no later than **May 25, 2023**. The court DIRECTS the Clerk to renote Mr. Tolliver's motion to modify his conditions of supervised release (Dkt. # 59) for May 25, 2023.

//

1 | Filed and entered this 13th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3