JUDGE ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | NO. CR 20-109-JLR |
| vs. | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| CHRISTOPHER TOLLIVER, | |
| Defendant. | |

This matter is before the Court on defendant Christopher Tolliver's motion for early termination of his supervised release. This motion is brought pursuant to 18 U.S.C § 3583(e) and is based on Mr. Tolliver's progress during supervision detailed in his motion.

Mr. Tolliver was sentenced on May 3, 2021 based on his guilty pleas to Unlawful Possession of a Firearm. At the time of sentencing he was 47 years old. He was sentenced to serve a total of 37 months in prison as well as 3 years of supervised release. He was first arrest on April 16, 2020. He completed his term of imprisonment and started his term of supervised release on February 24, 2023.

ORDER
(United States v. Tolliver CR20-109-JLR)

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Avenue, Suite 309
Seattle, Washington 98121
Tel. 206-817-0778
e-mail: petercamiel@yahoo.com

Mr. Tolliver is now 51 years old. He has now been on supervision for 18-months. He has been sober, gainfully employed and leading a productive life.

Based on the foregoing, Mr. Tolliver's motion for early termination of his supervised release is granted.

DATED this 10th day of September, 2024.

_____
James L. Robart
United States District Judge

-2-

**ORDER**
**(United States v. Tolliver CR20-109-JLR)**

Peter A. Camiel
Camiel & Chaney P.S.
2800 First Avenue, Suite 309
Seattle, Washington 98121
Tel. 206-817-0778
e-mail: petercamiel@yahoo.com